HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615

HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
ROSANNA W. GAN, SBN 325145
rgan@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

***Attorneys for Defendants***
THE FRAGRANCE OUTLET, INC.,
PERF OPCO, LLC, and OBSESSION
HOLDINGS, INC.

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABERCROMBIE & FITCH TRADING, CO., an Ohio Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE FRAGRANCE OUTLET, INC., a Florida Corporation; PERF OPCO, LLC, a Delaware Limited Liability Company; and OBSESSION HOLDINGS, INC., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-2051-SVW-PD <br><br> **STIPULATION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE, JURY TRIAL, AND RELATED DEADLINES** <br><br> **[DECLARATION OF GARNER K. WENG and [PROPOSED] ORDER filed concurrently herewith]** <br><br> Judge:   Hon. Stephen V. Wilson <br><br> Pre-trial Conference: Oct. 2, 2023 at 3:00pm <br><br> Jury Trial: Oct. 17, 2023 at 9:00am |

HONIGMAN LLP
DEBORAH J. SWEDLOW (Admitted *pro hac vice*)
bswedlow@honigman.com
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48103
Telephone:   (734) 418-4200
Facsimile:   (734) 418-4201

HONIGMAN LLP
Mary A. Hyde (Admitted *pro hac vice*)
mhyde@honigman.com
Jenna E. Saunders (Admitted *pro hac vice*)
jsaunders@honigman.com
155 N. Wacker Drive Suite 3100
Chicago, IL 60606-1734
Telephone:   (312) 701-9360
Facsimile:   (312) 701-9335

***Attorneys for Defendants***
THE FRAGRANCE OUTLET, INC.,
PERF OPCO, LLC, and
OBSESSION HOLDINGS, INC.


BLAKELY LAW GROUP
Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

***Attorneys for Plaintiff***
ABERCROMBIE & FITCH TRADING, CO.

19713569.1

Pursuant to Local Rules 16-9 and 40-1, Plaintiff Abercrombie & Fitch Trading, Co. ("Plaintiff") and Defendants The Fragrance Outlet, Inc., Perf Opco, LLC and Obsession Holdings, Inc. ("Defendants") submit this stipulation (and a supporting declaration) to continue the October 2, 2023 pretrial conference, the October 17, 2023 jury trial, and related deadlines.

## RECITALS

1.      Although the Parties have been in considerable communication and been working diligently to prepare their respective cases, the Parties have found that the nature and complexities of the case, and the evidence at issue, are such that there is good cause to continue the case schedule; and the Parties respectfully request such continuance as set forth in this stipulation.

2.      Plaintiff filed its complaint against Defendants on March 20, 2023 (ECF No. 1). Defendants filed their answer to the complaint on May 22, 2023 (ECF No. 27).

3.      On May 31, 2023, the Court issued the Civil Trial Preparation Order (ECF No. 31), setting the Pretrial Conference for October 2, 2023 and the Jury Trial for October 17, 2023.

4.      The Parties promptly and diligently engaged in discovery. On June 2, 2023, two days after the Civil Trial Preparation Order, Plaintiff served Requests for Production and Interrogatories on each of the three Defendants, and Defendants served Requests for Production, Interrogatories, and Requests for Admission on Plaintiff. With this timing, each of the Parties' discovery responses were due on July 3, 2023.

5.      Even before discovery responses were due, the Parties agreed to and conducted a defense inspection of the accused products in Plaintiff's possession, and Defendants produced documents relating to sales, revenue, and supplier information. Namely, on June 22, 2023, Defendants' counsel performed an in-person inspection at Plaintiff's counsel's offices in Los Angeles on the accused products that Plaintiff

had purchased from Defendants; and on June 26, 2023, Defendants produced documents on their sales, revenue, and suppliers.

6. On July 3, 2023, the Parties timely served their written responses to the discovery requests and produced documents.

7. Based on the responses to the discovery requests and the produced documents, the Parties anticipate that either or both sides will wish to conduct third-party discovery as part of preparing their respective cases.

8. But the current expert witness disclosure deadline of July 19, 2023 does not afford sufficient time for further analysis of accused products or follow-up on information produced in discovery, such as third-party discovery.

9. Throughout this time, the Parties have continued to engage in discussions to assess the possibilities for settlement and have agreed to go to private mediation once sufficient fact discovery and investigation has been completed. The Parties believe that their requested continuation of the case schedule as set forth herein improves their ability to discuss settlement and engage in a private mediation while still diligently preparing their respective cases.

10. In light of the above, the Parties respectfully request a continuance of the pre-trial conference, trial date, and all related deadlines by not less than 120 days. With the continuance, the Parties are hopeful that settlement can be reached before further significant expenses, in particular from depositions and expert witness fees, must be incurred. In addition, the Parties will be able to continue diligently engaging in fact discovery (including take depositions and conduct third-party discovery), further analysis of the accused products, expert discovery, and other necessary steps to prepare for trial in an orderly and timely manner.

## **STIPULATION**

NOW THEREFORE, Plaintiff Abercrombie & Fitch Trading, Co. and Defendants The Fragrance Outlet, Inc., Perf Opco, LLC and Obsession Holdings,

19713569.1

Inc., through their respective counsel of record, hereby stipulate and agree, subject to the approval of this Court, that:

1.  The pre-trial conference, previously scheduled for October 2, 2023 at 3:00pm, shall be continued by not less than 120 days, i.e., no earlier than January 30, 2024 at 3:00pm.

2.  The jury trial, previously scheduled for October 17, 2023 at 9:00am, shall be continued by not less than 120 days, i.e. no earlier than February 14, 2024 at 9:00am.

3.  All deadlines set forth in Local Rules and Federal Rules of Civil Procedure shall be calculated based upon the new dates for the pre-trial conference and trial.

**IT IS SO STIPULATED.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  DATED:  July 5, 2023                              HANSON BRIDGETT LLP

2
                                                By:       */s/ Garner K. Weng*
3                                                        Raffi V. Zerounian
4                                                        Garner K. Weng
                                                        Rosanna W. Gan
5
                                                        HONIGMAN LLP
6                                                        Deborah J. Swedlow
7                                                        Mary A. Hyde
                                                        Jenna E. Saunders
8
9                                                        ***Attorneys for Defendants***
                                                        THE FRAGRANCE OUTLET, INC.,
10                                                       PERF OPCO, LLC, and OBSESSION
11                                                       HOLDINGS, INC.

12
   DATED:  July 5, 2023                              BLAKELY LAW GROUP
13
14                                              By:       */s/ Jamie Fountain*
                                                        Brent H. Blakely
15                                                       Jamie Fountain
16
17                                                       ***Attorneys for Plaintiff***
                                                        ABERCROMBIE & FITCH TRADING,
18                                                       CO.

19

20                         **<u>ATTESTATION CLAUSE</u>**

21        I, Garner K. Weng, am the ECF User whose ID and password are being used

22  to file this STIPULATION FOR CONTINUANCE OF EXPERT WITNESS

23  DISCLOSURE DEADLINE. In compliance with Local Rule 5-4.3.4, I hereby attest

24  that all other signatories listed, and on whose behalf the filing is submitted, concur

25  in the filing's content and have authorized the filing.

26  Dated: July 5, 2023                              HANSON BRIDGETT LLP

27                                              By:   */s/ Garner K. Weng*
28                                                       Garner K. Weng