BLAKELY LAW GROUP
Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
ABERCROMBIE & FITCH TRADING, CO.

HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:  (213) 395-7620
Facsimile:   (213) 395-7615

*Attorneys for Defendants*
THE FRAGRANCE OUTLET, INC., PERF OPCO, LLC, and OBSESSION HOLDINGS, INC.

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABERCROMBIE & FITCH TRADING, CO., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE FRAGRANCE OUTLET, INC., a Florida Corporation; PERF OPCO, LLC, a Delaware Limited Liability Company; and OBSESSION HOLDINGS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-2051-SVW-PD<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES**<br><br>Judge:  Hon. Stephen V. Wilson |

HANSON BRIDGETT LLP

1  GARNER K. WENG, SBN 191462
   gweng@hansonbridgett.com
2  ROSANNA W. GAN, SBN 325145
   rgan@hansonbridgett.com
3  425 Market Street, 26th Floor
   San Francisco, California 94105
4  Telephone:  (415) 777-3200
   Facsimile:   (415) 541-9366
5
   HONIGMAN LLP
6  DEBORAH J. SWEDLOW (Admitted *pro hac vice*)
   bswedlow@honigman.com
7  315 East Eisenhower Parkway, Suite 100
   Ann Arbor, MI 48103
8  Telephone:  (734) 418-4200
   Facsimile:   (734) 418-4201
9
   HONIGMAN LLP
10 Mary A. Hyde (Admitted *pro hac vice*)
   mhyde@honigman.com
11 Jenna E. Saunders (Admitted *pro hac vice*)
   jsaunders@honigman.com
12 155 N. Wacker Drive Suite 3100
   Chicago, IL 60606-1734
13 Telephone:  (312) 701-9360
   Facsimile:   (312) 701-9335
14
   *Attorneys for Defendants*
15 THE FRAGRANCE OUTLET, INC.,
   PERF OPCO, LLC, and
16 OBSESSION HOLDINGS, INC.

17

18
   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:
19
           PLEASE TAKE NOTICE that Plaintiff Abercrombie & Fitch Trading Co.
20
   ("Plaintiff" or "Abercrombie") and Defendants The Fragrance Outlet, Inc.; Perf
21
   Opco, LLC, and Obsession Holdings, Inc. (collectively, "Defendants") (together with
22
   Plaintiff, the "Parties") reached a settlement in principal and are working to draft a
23
   written agreement that, when fully executed, would fully resolve the above-entitled
24
   action. The Parties anticipate that a written settlement agreement will be finalized,
25
   fully executed, and a Stipulation of Dismissal of this Action filed within thirty (30)
26
   days of the filing of this Notice.
27
           Based on the foregoing, and in the interests of conserving the resources of the
28

Court, the Parties request that all pending deadlines in this Action be stayed for thirty (30) days in order to allow the Parties sufficient time to finalize and execute a written settlement agreement. The Parties further request that the Court set a Status Conference regarding settlement after thirty (30) days on a date convenient to the Court, in the event a Stipulation of Dismissal has not been filed before then and further proceedings in this action may be necessary.

**IT IS SO STIPULATED.**

DATED:   August 21, 2023           BLAKELY LAW GROUP

                                                        By:   /s/ Jamie Fountain
                                                               Brent H. Blakely
                                                               Jamie Fountain
                                                               **Attorneys for Plaintiff**
                                                               **Abercrombie & Fitch Trading Co.**

                                                 HANSON BRIDGETT LLP

DATED:   August 21, 2023           By:   /s/ Raffi V. Zerounian
                                                               Raffi V. Zerounian
                                                              Garner K. Weng
                                                             Rosanna W. Gan

                                                             HONIGMAN LLP
                                                             Deborah J. Swedlow
                                                             Mary A. Hyde
                                                             Jenna E. Saunders
                                                             **Attorneys for Defendants The Fragrance Outlet, Inc.; Perf Opco, LLC; and Obsession Holdings, LLC**

# FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: August 21, 2023          BLAKELY LAW GROUP

By: /s/ Jamie Fountain
    Brent H. Blakely
    Jamie Fountain
    **Attorneys for Plaintiff**
    **Abercrombie & Fitch Trading, Co.**