JS-6

IT IS SO ORDERED.

DATED:  October 13, 2023

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABERCROMBIE & FITCH TRADING, CO., an Ohio Corporation, | Case No. 2:23-cv-2051-SVW-PD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE** |
| THE FRAGRANCE OUTLET, INC., a Florida Corporation; PERF OPCO, LLC, a Delaware Limited Liability Company; and OBSESSION HOLDINGS, INC., a Delaware Corporation; and DOES 1-10, inclusive, | Judge:  Hon. Stephen V. Wilson |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Abercrombie & Fitch Trading Co. ("Plaintiff" or "Abercrombie") and Defendants the Fragrance Outlet, Inc.; Perf Opco, LLC, and Obsession Holdings, Inc. (collectively, "Defendants") (together with Plaintiff, the "Parties") hereby stipulate to dismissal with prejudice of the above captioned action. Each Party shall bear its own attorneys' fees and costs incurred in connection with this Action.

**IT IS SO STIPULATED.**

DATED:   October 12, 2023         BLAKELY LAW GROUP


By:   _/s/ Brent H. Blakely___
Brent H. Blakely
Jamie Fountain
**Attorneys for Plaintiff**
**Abercrombie & Fitch Trading Co.**

DATED:   October 12, 2023         HANSON BRIDGETT LLP


By:   _/s/ Raffi V. Zerounian____
Raffi V. Zerounian
Garner K. Weng
Rosanna W. Gan
**Attorneys for Defendants The**
**Fragrance  Outlet, Inc.; Perf Opco,**
**LLC; and Obsession Holdings, LLC**

DATED:   October 12, 2023         HONIGMAN LLP


By:   _/s/ Jenna E. Saunders_
Deborah J. Swedlow
Mary A. Hyde
Jenna E. Saunders
**Attorneys for Defendants The**
**Fragrance  Outlet, Inc.; Perf Opco,**
**LLC; and Obsession Holdings, LLC**